UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-81384-CIV-RYSKAMP/WHITE

RAYMOND MCINDOO,

    Petitioner,

v.

WALTER A. MCNEIL,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    THIS CAUSE comes before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Patrick A. White, dated February 4, 2009 **[DE 16]**.  No objections have been filed.

    The Court has reviewed the Report and Recommendation and has conducted a de novo review of the underlying record.  It is hereby

    ORDERED AND ADJUDGED that the Report and Recommendation is ADOPTED, AFFIRMED and APPROVED.  Petitioner's 28 U.S.C. § 2254 habeas corpus action is DISMISSED WITHOUT PREJUDICE, except as to any application of the federal statute of limitations or other federal procedural bar that may apply.  Petitioner is advised that if he wishes his second federal petition to be timely, he must re-file this petition on or before 85 days after all state postconviction proceedings have concluded.  It is further

2

ORDERED AND ADJUDGED that Petitioner's Motion to Stay, filed December 29, 2008 **[DE 9]**, is DENIED.  The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida this 30th day of March, 2009.

            S/Kenneth L. Ryskamp
            KENNETH L. RYSKAMP
            UNITED STATES DISTRICT JUDGE